**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 25-6347**

―――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

RICHARD BOGGS,

Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Cameron McGowan Currie, Senior District Judge.  (3:22-cr-00221-CMC-1)

―――――――――

Submitted:  February 19, 2026                    Decided:  February 24, 2026

―――――――――

Before WYNN and HARRIS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Richard E. Boggs, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard E. Boggs appeals the district court's order denying his motions to amend and correct the court's order denying his motions to void his criminal judgment and the restitution included in that judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Boggs*, No. 3:22-cr-00221-CMC-1 (D.S.C. Apr. 16, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*